# Exhibit A

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Unpaid Balance Due as of December 19, 2024* |
|---|---|---|---|---|---|
| 1 | DISP-105521 | $241 | 12/13/2022 | $0 | $241 |
| 2 | DISP-105521 | $482 | 12/13/2022 | $0 | $482 |
| 3 | DISP-144488 | $1,626 | 1/24/2023 | $1,451 | $176 |
| 4 | DISP-144360 | $1,570 | 1/24/2023 | $963 | $607 |
| 5 | DISP-144360 | $1,570 | 1/24/2023 | $817 | $752 |
| 6 | DISP-144488 | $813 | 1/24/2023 | $0 | $813 |
| 7 | DISP-144488 | $1,626 | 1/24/2023 | $0 | $1,626 |
| 8 | DISP-105480 | $2,892 | 2/2/2023 | $1,930 | $962 |
| 9 | DISP-180756 | $1,220 | 3/6/2023 | $123 | $1,096 |
| 10 | DISP-180975 | $1,220 | 3/21/2023 | $998 | $221 |
| 11 | DISP-199677 | $407 | 3/28/2023 | $346 | $61 |
| 12 | DISP-199696 | $509 | 4/3/2023 | $11 | $498 |
| 13 | DISP-229008 | $1,220 | 5/10/2023 | $767 | $453 |
| 14 | DISP-213836 | $3,309 | 5/15/2023 | $1,597 | $1,712 |
| 15 | DISP-199512 | $1,570 | 6/15/2023 | $1,225 | $345 |
| 16 | DISP-199703 | $1,220 | 7/11/2023 | $106 | $1,114 |
| 17 | DISP-199780 | $2,439 | 7/28/2023 | $1,882 | $557 |
| 18 | DISP-509471 | $1,158 | 10/10/2023 | $826 | $332 |
| 19 | DISP-263086 | $111 | 10/16/2023 | $0 | $111 |
| 20 | DISP-369672 | $1,654 | 10/19/2023 | $798 | $856 |
| 21 | DISP-328705 | $1,570 | 10/26/2023 | $1,049 | $521 |
| 22 | DISP-369653 | $1,158 | 10/29/2023 | $787 | $371 |
| 23 | DISP-369732 | $1,570 | 11/15/2023 | $1,551 | $18 |
| 24 | DISP-293040 | $1,158 | 12/4/2023 | $673 | $484 |
| 25 | DISP-559530 | $1,158 | 2/1/2024 | $1,069 | $89 |
| 26 | DISP-681843 | $1,220 | 2/2/2024 | $1,199 | $21 |
| 27 | DISP-682032 | $1,158 | 2/2/2024 | $1,130 | $27 |
| 28 | DISP-682527 | $1,570 | 2/5/2024 | $1,525 | $45 |
| 29 | DISP-682547 | $1,158 | 2/5/2024 | $64 | $1,094 |
| 30 | DISP-681710 | $1,158 | 2/5/2024 | $47 | $1,110 |
| 31 | DISP-559897 | $1,570 | 2/7/2024 | $1,339 | $231 |
| 32 | DISP-559651 | $98 | 2/12/2024 | $0 | $98 |
| 33 | DISP-682202 | $1,570 | 2/12/2024 | $0 | $1,570 |
| 34 | DISP-559752 | $813 | 2/16/2024 | $0 | $813 |
| 35 | DISP-910523 | $1,158 | 2/22/2024 | $105 | $1,052 |
| 36 | DISP-775064 | $3,309 | 3/5/2024 | $1,676 | $1,632 |
| 37 | DISP-293030 | $1,626 | 3/7/2024 | $739 | $887 |

| 38 | DISP-263338 | $813 | 3/11/2024 | $67 | $746 |
|---|---|---|---|---|---|
| 39 | DISP-263338 | $813 | 3/11/2024 | $0 | $813 |
| 40 | DISP-682252 | $1,654 | 3/11/2024 | $838 | $816 |
| 41 | DISP-705052 | $1,158 | 3/11/2024 | $46 | $1,111 |
| 42 | DISP-682588 | $1,570 | 3/11/2024 | $154 | $1,416 |
| 43 | DISP-681767 | $1,570 | 3/11/2024 | $124 | $1,446 |
| 44 | DISP-775182 | $1,158 | 3/13/2024 | $54 | $1,103 |
| 45 | DISP-775472 | $1,158 | 3/14/2024 | $1,131 | $27 |
| 46 | DISP-775249 | $1,158 | 3/14/2024 | $1,119 | $38 |
| 47 | DISP-774994 | $1,570 | 3/15/2024 | $1,511 | $58 |
| 48 | DISP-271563 | $751 | 3/18/2024 | $675 | $75 |
| 49 | DISP-682477 | $1,654 | 3/21/2024 | $1,000 | $654 |
| 50 | DISP-682454 | $1,570 | 3/22/2024 | $1,273 | $297 |
| 51 | DISP-681364 | $1,158 | 3/25/2024 | $1,145 | $12 |
| 52 | DISP-393634 | $1,158 | 3/26/2024 | $47 | $1,110 |
| 53 | DISP-775223 | $1,570 | 3/27/2024 | $1,508 | $62 |
| 54 | DISP-774888 | $1,220 | 3/28/2024 | $1,186 | $33 |
| 55 | DISP-535085 | $1,158 | 4/2/2024 | $0 | $1,158 |
| 56 | DISP-404123 | $1,158 | 4/5/2024 | $1,059 | $98 |
| 57 | DISP-404106 | $1,158 | 4/8/2024 | $636 | $522 |
| 58 | DISP-812486 | $1,654 | 4/9/2024 | $838 | $816 |
| 59 | DISP-812768 | $1,570 | 4/12/2024 | $116 | $1,453 |
| 60 | DISP-1148232 | $813 | 4/22/2024 | $748 | $65 |
| 61 | DISP-812109 | $1,158 | 4/22/2024 | $45 | $1,113 |
| 62 | DISP-1148361 | $1,570 | 4/23/2024 | $165 | $1,405 |
| 63 | DISP-868993 | $1,158 | 4/24/2024 | $85 | $1,072 |
| 64 | DISP-1147954 | $1,158 | 4/25/2024 | $463 | $695 |
| 65 | DISP-775447 | $1,158 | 4/26/2024 | $1,137 | $21 |
| 66 | DISP-774726 | $1,158 | 4/29/2024 | $48 | $1,110 |
| 67 | DISP-811737 | $3,309 | 4/30/2024 | $1,676 | $1,632 |
| 68 | DISP-431965 | $96 | 5/2/2024 | $0 | $96 |
| 69 | DISP-681737 | $135 | 5/3/2024 | $100 | $35 |
| 70 | DISP-431759 | $509 | 5/6/2024 | $0 | $509 |
| 71 | DISP-431944 | $1,096 | 5/6/2024 | $0 | $1,096 |
| 72 | DISP-1149040 | $1,570 | 5/8/2024 | $179 | $1,391 |
| 73 | DISP-775036 | $1,570 | 5/10/2024 | $125 | $1,445 |
| 74 | DISP-682493 | $880 | 5/13/2024 | $838 | $42 |
| 75 | DISP-681700 | $1,570 | 5/13/2024 | $128 | $1,441 |
| 76 | DISP-424040 | $248 | 5/14/2024 | $0 | $248 |
| 77 | DISP-1165976 | $1,158 | 5/15/2024 | $522 | $636 |
| 78 | DISP-1240650 | $1,570 | 5/15/2024 | $201 | $1,369 |

| | | | | | |
|---|---|---|---|---|---|
| 79 | DISP-1148965 | $1,158 | 5/17/2024 | $79 | $1,079 |
| 80 | DISP-508867 | $308 | 5/21/2024 | $0 | $308 |
| 81 | DISP-508867 | $308 | 5/21/2024 | $0 | $308 |
| 82 | DISP-1206401 | $1,654 | 5/21/2024 | $838 | $816 |
| 83 | DISP-1240859 | $1,158 | 5/22/2024 | $76 | $1,081 |
| 84 | DISP-1206098 | $1,570 | 5/23/2024 | $199 | $1,371 |
| 85 | DISP-431769 | $94 | 5/29/2024 | $66 | $27 |
| 86 | DISP-229124 | $308 | 5/30/2024 | $100 | $208 |
| 87 | DISP-910294 | $1,570 | 5/31/2024 | $1,531 | $39 |
| 88 | DISP-263670 | $1,570 | 5/31/2024 | $286 | $1,284 |
| 89 | DISP-983303 | $3,309 | 6/2/2024 | $1,676 | $1,632 |
| 90 | DISP-293074 | $128 | 6/3/2024 | $92 | $37 |
| 91 | DISP-293061 | $113 | 6/3/2024 | $0 | $113 |
| 92 | DISP-293072 | $822 | 6/3/2024 | $0 | $822 |
| 93 | DISP-1165941 | $1,570 | 6/3/2024 | $722 | $848 |
| 94 | DISP-161791 | $1,570 | 6/4/2024 | $173 | $1,397 |
| 95 | DISP-293053 | $289 | 6/5/2024 | $0 | $289 |
| 96 | DISP-433230 | $87 | 6/6/2024 | $0 | $87 |
| 97 | DISP-682576 | $1,158 | 6/6/2024 | $151 | $1,006 |
| 98 | DISP-431767 | $132 | 6/7/2024 | $0 | $132 |
| 99 | DISP-431786 | $300 | 6/10/2024 | $173 | $127 |
| 100 | DISP-910190 | $1,220 | 6/10/2024 | $173 | $1,046 |
| 101 | DISP-983271 | $1,220 | 6/10/2024 | $86 | $1,133 |
| 102 | DISP-437482 | $1,158 | 6/17/2024 | $0 | $1,158 |
| 103 | DISP-1237399 | $303 | 6/19/2024 | $289 | $14 |
| 104 | DISP-180469 | $1,158 | 6/20/2024 | $407 | $751 |
| 105 | DISP-433221 | $1,158 | 6/20/2024 | $0 | $1,158 |
| 106 | DISP-424459 | $242 | 6/21/2024 | $231 | $12 |
| 107 | DISP-1036853 | $1,570 | 6/21/2024 | $422 | $1,147 |
| 108 | DISP-433327 | $813 | 6/24/2024 | $0 | $813 |
| 109 | DISP-180451 | $2,315 | 6/27/2024 | $0 | $2,315 |
| 110 | DISP-278417 | $813 | 6/28/2024 | $0 | $813 |
| 111 | DISP-1048099 | $1,158 | 6/29/2024 | $126 | $1,032 |
| 112 | DISP-161852 | $813 | 7/8/2024 | $0 | $813 |
| 113 | DISP-180486 | $1,654 | 7/8/2024 | $0 | $1,654 |
| 114 | DISP-161852 | $2,439 | 7/8/2024 | $263 | $2,176 |
| 115 | DISP-180579 | $3,139 | 7/8/2024 | $729 | $2,410 |
| 116 | DISP-1373095 | $1,654 | 7/11/2024 | $863 | $791 |
| 117 | DISP-394201 | $407 | 7/16/2024 | $0 | $407 |
| 118 | DISP-394201 | $407 | 7/16/2024 | $0 | $407 |
| 119 | DISP-394201 | $813 | 7/16/2024 | $0 | $813 |

| | | | | | |
|---|---|---|---|---|---|
| 120 | DISP-1470514 | $1,570 | 7/17/2024 | $341 | $1,228 |
| 121 | DISP-1470458 | $1,158 | 7/18/2024 | $133 | $1,024 |
| 122 | DISP-1404810 | $1,158 | 7/19/2024 | $96 | $1,061 |
| 123 | DISP-1080007 | $6,098 | 7/20/2024 | $50 | $6,048 |
| 124 | DISP-869190 | $1,158 | 7/21/2024 | $48 | $1,110 |
| 125 | DISP-35253 | $407 | 7/24/2024 | $35 | $371 |
| 126 | DISP-35253 | $1,220 | 7/24/2024 | $106 | $1,114 |
| 127 | DISP-329290 | $813 | 7/27/2024 | $134 | $679 |
| 128 | DISP-293037 | $1,158 | 7/28/2024 | $122 | $1,036 |
| 129 | DISP-508991 | $1,626 | 7/30/2024 | $0 | $1,626 |
| 130 | DISP-1036884 | $1,220 | 8/3/2024 | $1,205 | $15 |
| 131 | DISP-1036759 | $1,570 | 8/3/2024 | $848 | $722 |
| 132 | DISP-1036857 | $1,158 | 8/6/2024 | $1,138 | $20 |
| 133 | DISP-181043 | $1,158 | 8/7/2024 | $105 | $1,052 |
| 134 | DISP-181043 | $1,158 | 8/7/2024 | $74 | $1,084 |
| 135 | DISP-481302 | $238 | 8/8/2024 | $11 | $227 |
| 136 | DISP-681964 | $1,570 | 8/8/2024 | $162 | $1,408 |
| 137 | DISP-278481 | $1,570 | 8/9/2024 | $347 | $1,222 |
| 138 | DISP-180881 | $1,158 | 8/14/2024 | $78 | $1,080 |
| 139 | DISP-982606 | $1,570 | 8/14/2024 | $236 | $1,334 |
| 140 | DISP-1568062 | $1,158 | 8/15/2024 | $1,054 | $104 |
| 141 | DISP-64069 | $407 | 8/16/2024 | $0 | $407 |
| 142 | DISP-64069 | $813 | 8/16/2024 | $0 | $813 |
| 143 | DISP-64069 | $1,220 | 8/16/2024 | $0 | $1,220 |
| 144 | DISP-200020 | $1,158 | 8/19/2024 | $77 | $1,080 |
| 145 | DISP-93936 | $1,570 | 8/23/2024 | $0 | $1,570 |
| 146 | DISP-93936 | $1,570 | 8/23/2024 | $0 | $1,570 |
| 147 | DISP-93936 | $1,570 | 8/23/2024 | $0 | $1,570 |
| 148 | DISP-1608127 | $1,570 | 8/24/2024 | $1,497 | $72 |
| 149 | DISP-1608227 | $140 | 8/27/2024 | $113 | $27 |
| 150 | DISP-534453 | $1,158 | 8/27/2024 | $0 | $1,158 |
| 151 | DISP-302939 | $407 | 8/28/2024 | $52 | $355 |
| 152 | DISP-302939 | $813 | 8/28/2024 | $407 | $407 |
| 153 | DISP-534563 | $1,220 | 8/28/2024 | $0 | $1,220 |
| 154 | DISP-481093 | $1,570 | 8/28/2024 | $171 | $1,398 |
| 155 | DISP-681604 | $1,570 | 8/29/2024 | $265 | $1,305 |
| 156 | DISP-1568067 | $1,626 | 8/29/2024 | $136 | $1,490 |
| 157 | DISP-1608639 | $190 | 8/30/2024 | $154 | $36 |
| 158 | DISP-302914 | $617 | 8/31/2024 | $122 | $495 |
| 159 | DISP-1036731 | $813 | 8/31/2024 | $58 | $756 |
| 160 | DISP-303293 | $1,158 | 9/4/2024 | $85 | $1,073 |

| | | | | | |
|---|---|---|---|---|---|
| 161 | DISP-508963 | $758 | 9/5/2024 | $722 | $36 |
| 162 | DISP-93712 | $407 | 9/5/2024 | $0 | $407 |
| 163 | DISP-93712 | $813 | 9/5/2024 | $0 | $813 |
| 164 | DISP-93712 | $1,220 | 9/5/2024 | $0 | $1,220 |
| 165 | DISP-93712 | $2,439 | 9/5/2024 | $0 | $2,439 |
| 166 | DISP-1608356 | $1,570 | 9/6/2024 | $249 | $1,321 |
| 167 | DISP-499869 | $1,626 | 9/6/2024 | $123 | $1,503 |
| 168 | DISP-1567714 | $1,158 | 9/9/2024 | $45 | $1,113 |
| 169 | DISP-431781 | $1,570 | 9/9/2024 | $219 | $1,351 |
| 170 | DISP-1519421 | $1,570 | 9/10/2024 | $884 | $686 |
| 171 | DISP-1683534 | $334 | 9/11/2024 | $16 | $318 |
| 172 | DISP-499863 | $813 | 9/13/2024 | $0 | $813 |
| 173 | DISP-774906 | $1,570 | 9/13/2024 | $129 | $1,441 |
| 174 | DISP-105466 | $1,570 | 9/16/2024 | $175 | $1,395 |
| 175 | DISP-1683396 | $1,158 | 9/17/2024 | $1,054 | $104 |
| 176 | DISP-1683396 | $1,158 | 9/17/2024 | $1,034 | $123 |
| 177 | DISP-1683396 | $1,158 | 9/17/2024 | $1,034 | $123 |
| 178 | DISP-1036620 | $1,158 | 9/17/2024 | $214 | $944 |
| 179 | DISP-1682604 | $1,654 | 9/18/2024 | $420 | $1,235 |
| 180 | DISP-1683720 | $1,158 | 9/19/2024 | $1,054 | $104 |
| 181 | DISP-1683720 | $1,158 | 9/19/2024 | $1,054 | $104 |
| 182 | DISP-1683313 | $1,570 | 9/19/2024 | $1,321 | $249 |
| 183 | DISP-1683313 | $1,570 | 9/19/2024 | $1,321 | $249 |
| 184 | DISP-1682757 | $407 | 9/19/2024 | $49 | $358 |
| 185 | DISP-1684232 | $1,654 | 9/19/2024 | $1,235 | $420 |
| 186 | DISP-1684232 | $1,654 | 9/19/2024 | $863 | $791 |
| 187 | DISP-1684232 | $3,309 | 9/19/2024 | $2,470 | $839 |
| 188 | DISP-1683720 | $1,158 | 9/19/2024 | $49 | $1,109 |
| 189 | DISP-1682757 | $1,220 | 9/19/2024 | $80 | $1,140 |
| 190 | DISP-1684322 | $1,158 | 9/19/2024 | $0 | $1,158 |
| 191 | DISP-1682731 | $1,570 | 9/19/2024 | $362 | $1,208 |
| 192 | DISP-1682731 | $1,570 | 9/19/2024 | $224 | $1,345 |
| 193 | DISP-1682731 | $1,570 | 9/19/2024 | $201 | $1,369 |
| 194 | DISP-303006 | $407 | 9/23/2024 | $32 | $374 |
| 195 | DISP-534665 | $1,158 | 9/23/2024 | $122 | $1,036 |
| 196 | DISP-293044 | $1,158 | 9/24/2024 | $80 | $1,078 |
| 197 | DISP-1470866 | $379 | 9/25/2024 | $361 | $18 |
| 198 | DISP-775162 | $1,220 | 9/25/2024 | $75 | $1,145 |
| 199 | DISP-1148103 | $1,626 | 9/26/2024 | $1,172 | $454 |
| 200 | DISP-1148103 | $813 | 9/26/2024 | $70 | $743 |
| 201 | DISP-144438 | $4,472 | 9/26/2024 | $0 | $4,472 |

5

| | | | | | |
|---|---|---|---|---|---|
| 202 | DISP-144438 | $5,691 | 9/26/2024 | $0 | $5,691 |
| 203 | DISP-1048091 | $1,158 | 9/27/2024 | $621 | $536 |
| 204 | DISP-1683871 | $1,654 | 9/27/2024 | $863 | $791 |
| 205 | DISP-1509420 | $1,158 | 9/27/2024 | $68 | $1,090 |
| 206 | DISP-1683871 | $3,309 | 9/27/2024 | $1,727 | $1,582 |
| 207 | DISP-534761 | $29 | 9/30/2024 | $0 | $29 |
| 208 | DISP-534761 | $41 | 9/30/2024 | $0 | $41 |
| 209 | DISP-534761 | $41 | 9/30/2024 | $0 | $41 |
| 210 | DISP-534761 | $41 | 9/30/2024 | $0 | $41 |
| 211 | DISP-534761 | $41 | 9/30/2024 | $0 | $41 |
| 212 | DISP-1471032 | $1,570 | 9/30/2024 | $810 | $760 |
| 213 | DISP-293032 | $1,158 | 10/2/2024 | $0 | $1,158 |
| 214 | DISP-293032 | $1,158 | 10/2/2024 | $0 | $1,158 |
| 215 | DISP-1724369 | $1,570 | 10/2/2024 | $0 | $1,570 |
| 216 | DISP-1724694 | $1,626 | 10/3/2024 | $121 | $1,505 |
| 217 | DISP-303026 | $308 | 10/4/2024 | $0 | $308 |
| 218 | DISP-1682654 | $1,158 | 10/7/2024 | $45 | $1,113 |
| 219 | DISP-214854 | $813 | 10/8/2024 | $522 | $291 |
| 220 | DISP-214854 | $407 | 10/8/2024 | $47 | $360 |
| 221 | DISP-214854 | $407 | 10/8/2024 | $0 | $407 |
| 222 | DISP-214854 | $813 | 10/8/2024 | $93 | $720 |
| 223 | DISP-1785001 | $1,158 | 10/8/2024 | $0 | $1,158 |
| 224 | DISP-214854 | $1,220 | 10/8/2024 | $0 | $1,220 |
| 225 | DISP-1724312 | $1,654 | 10/10/2024 | $863 | $791 |
| 226 | DISP-1683610 | $1,158 | 10/11/2024 | $550 | $608 |
| 227 | DISP-1724726 | $1,158 | 10/11/2024 | $106 | $1,051 |
| 228 | DISP-228667 | $1,158 | 10/11/2024 | $91 | $1,066 |
| 229 | DISP-228667 | $1,158 | 10/11/2024 | $0 | $1,158 |
| 230 | DISP-1519000 | $1,570 | 10/11/2024 | $306 | $1,264 |
| 231 | DISP-1724182 | $1,570 | 10/11/2024 | $128 | $1,442 |
| 232 | DISP-1317795 | $906 | 10/15/2024 | $863 | $43 |
| 233 | DISP-1036844 | $1,158 | 10/15/2024 | $107 | $1,051 |
| 234 | DISP-199264 | $1,570 | 10/15/2024 | $0 | $1,570 |
| 235 | DISP-1786378 | $1,158 | 10/16/2024 | $56 | $1,102 |
| 236 | DISP-329206 | $389 | 10/18/2024 | $370 | $18 |
| 237 | DISP-1682775 | $1,570 | 10/18/2024 | $615 | $954 |
| 238 | DISP-278300 | $813 | 10/20/2024 | $71 | $742 |
| 239 | DISP-328923 | $407 | 10/23/2024 | $0 | $407 |
| 240 | DISP-1859841 | $1,158 | 10/23/2024 | $84 | $1,073 |
| 241 | DISP-1785949 | $1,158 | 10/23/2024 | $54 | $1,104 |
| 242 | DISP-328923 | $2,033 | 10/23/2024 | $0 | $2,033 |

| | | | | | |
|---|---|---|---|---|---|
| 243 | DISP-534572 | $1,158 | 10/24/2024 | $58 | $1,099 |
| 244 | DISP-682635 | $1,654 | 10/25/2024 | $838 | $816 |
| 245 | DISP-1608613 | $1,158 | 10/25/2024 | $54 | $1,103 |
| 246 | DISP-1724334 | $1,220 | 10/26/2024 | $159 | $1,060 |
| 247 | DISP-1724768 | $1,570 | 10/26/2024 | $249 | $1,321 |
| 248 | DISP-1784903 | $1,158 | 10/28/2024 | $99 | $1,058 |
| 249 | DISP-1724413 | $1,158 | 10/28/2024 | $49 | $1,109 |
| 250 | DISP-983305 | $128 | 10/30/2024 | $122 | $6 |
| 251 | DISP-983305 | $135 | 10/30/2024 | $128 | $6 |
| 252 | DISP-983305 | $243 | 10/30/2024 | $231 | $12 |
| 253 | DISP-1859987 | $1,654 | 10/30/2024 | $863 | $791 |
| 254 | DISP-1860061 | $1,158 | 10/30/2024 | $214 | $944 |
| 255 | DISP-982705 | $106 | 10/31/2024 | $101 | $5 |
| 256 | DISP-982705 | $139 | 10/31/2024 | $133 | $7 |
| 257 | DISP-1796444 | $156 | 10/31/2024 | $149 | $7 |
| 258 | DISP-1373265 | $1,158 | 11/1/2024 | $94 | $1,064 |
| 259 | DISP-1405154 | $1,570 | 11/5/2024 | $122 | $1,448 |
| 260 | DISP-1519055 | $813 | 11/7/2024 | $106 | $707 |
| 261 | DISP-1519202 | $813 | 11/8/2024 | $562 | $251 |
| 262 | DISP-1519202 | $813 | 11/8/2024 | $111 | $702 |
| 263 | DISP-869439 | $1,570 | 11/8/2024 | $125 | $1,445 |
| 264 | DISP-1858821 | $72 | 11/11/2024 | $69 | $3 |
| 265 | DISP-1872593 | $1,158 | 11/11/2024 | $50 | $1,108 |
| 266 | DISP-303140 | $407 | 11/12/2024 | $54 | $353 |
| 267 | DISP-1519340 | $1,570 | 11/12/2024 | $722 | $848 |
| 268 | DISP-1683968 | $1,158 | 11/12/2024 | $98 | $1,059 |
| 269 | DISP-1683968 | $1,158 | 11/12/2024 | $98 | $1,059 |
| 270 | DISP-1682634 | $1,570 | 11/12/2024 | $117 | $1,452 |
| 271 | DISP-1922250 | $1,654 | 11/13/2024 | $863 | $791 |
| 272 | DISP-328822 | $96 | 11/14/2024 | $64 | $32 |
| 273 | DISP-1498326 | $1,570 | 11/15/2024 | $778 | $791 |
| 274 | DISP-1784405 | $1,570 | 11/15/2024 | $249 | $1,321 |
| 275 | DISP-509549 | $1,570 | 11/16/2024 | $0 | $1,570 |
| 276 | DISP-509549 | $1,570 | 11/16/2024 | $0 | $1,570 |
| 277 | DISP-1568488 | $1,158 | 11/17/2024 | $104 | $1,054 |
| 278 | DISP-1568488 | $1,158 | 11/17/2024 | $67 | $1,090 |
| 279 | DISP-1568488 | $1,158 | 11/17/2024 | $64 | $1,094 |
| 280 | DISP-1471098 | $1,220 | 11/18/2024 | $843 | $377 |
| 281 | DISP-1471098 | $1,220 | 11/18/2024 | $184 | $1,036 |
| 282 | DISP-681435 | $1,570 | 11/18/2024 | $178 | $1,392 |
| 283 | DISP-1683802 | $308 | 11/19/2024 | $40 | $268 |

| | | | | | |
|---|---|---|---|---|---|
| 284 | DISP-1470523 | $334 | 11/20/2024 | $318 | $16 |
| 285 | DISP-329134 | $308 | 11/20/2024 | $121 | $187 |
| 286 | DISP-1783293 | $813 | 11/20/2024 | $111 | $702 |
| 287 | DISP-575564 | $1,158 | 11/20/2024 | $80 | $1,078 |
| 288 | DISP-1785587 | $1,158 | 11/20/2024 | $0 | $1,158 |
| 289 | DISP-1783715 | $3,252 | 11/20/2024 | $0 | $3,252 |
| 290 | DISP-1924166 | $813 | 11/21/2024 | $70 | $743 |
| 291 | DISP-329121 | $1,158 | 11/21/2024 | $61 | $1,096 |
| 292 | DISP-559839 | $1,570 | 11/22/2024 | $223 | $1,347 |
| 293 | DISP-1036591 | $1,158 | 11/23/2024 | $136 | $1,022 |
| 294 | DISP-302800 | $1,158 | 11/25/2024 | $91 | $1,066 |
| 295 | DISP-1922388 | $1,570 | 11/26/2024 | $722 | $848 |
| 296 | DISP-1855605 | $2,033 | 11/26/2024 | $234 | $1,799 |
| 297 | DISP-1922210 | $1,158 | 11/27/2024 | $52 | $1,106 |
| 298 | DISP-1859072 | $1,570 | 11/27/2024 | $184 | $1,386 |
| 299 | DISP-1519011 | $1,158 | 11/28/2024 | $104 | $1,054 |
| 300 | DISP-681729 | $1,570 | 11/30/2024 | $271 | $1,298 |
| | | | | | |
| | **Totals:** | **$363,100** | | **$106,672** | **$256,427** |

**\*Amount
Rounded to the
Nearest Dollar**